IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 19-cr-30103-SMY |
| | ) |
| CHRISTOPHER C. HODGES et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

**YANDLE, District Judge:**

Defendant Christopher Hodge pled guilty to conspiracy to distribute controlled substances and attempted possession with intent to distribute methamphetamine (Doc. 146). He was sentenced to 58 months' imprisonment, followed by three years of supervised release (Doc. 167). Now pending before the Court is Hodges' *pro se* motion for early termination of probation (Doc. 178), to which the United States and Probation object (Doc. 180).

After considering the relevant factors listed in 18 U.S.C. § 3553(a), the Court may terminate a defendant's term of supervised release at any time after he has served one year of the term if it is satisfied that early termination is warranted by the defendant's conduct and the interest of justice. 18 U.S.C. § 3583(e)(1); *United States v. Lowe*, 632 F.3d 996, 997 (7th Cir. 2011). Here, Defendant was still serving his sentence in the community through Federal Location Monitoring when he was released on January 17, 2024. He did not begin serving his supervised release term until July 30, 2024. Because Defendant has not yet completed one year of supervision, his motion for early termination of supervised release (Doc. 178) is **DENIED.**

IT IS SO ORDERED.
DATED: June 24, 2025

*Staci M. Yandle*

STACI M. YANDLE
United States District Judge